

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

| | |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL – 1928 | ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Rita M. Brinson, et al., v. Bayer Corporation, et al.,* Case No. 9:08-cv-81212-DMM | ) ) ) ) ) ) |

### MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL

Napoli Bern Ripka & Associates, LLP, (hereinafter "NBR"), attorneys of record for the plaintiffs Rita M. Brinson and Elke A. Brinson, individually and as the co-executrixes of the estate of Leroy Brinson, respectfully moves for the entry of an order pursuant to S.D. Fla. Local Rule 11.1 (D)(3), permitting NBR to withdraw as counsel for the plaintiffs in the above-captioned case.

The plaintiffs are insisting on taking a course of action with which our office fundamentally disagrees. As a result of these irreconcilable differences, we are forced to seek an order to be relieved as counsel. Without revealing client confidences and/or prejudicing the plaintiffs' rights to continue to pursue their case, we represent that the plaintiffs were advised that we would be seeking a Court order permitting termination of the attorney-client relationship.

Furthermore, the plaintiffs asked NBR to delay filing this application while they obtain replacement counsel. Unfortunately, after a substantial period of time, this has not occurred. However, we can no longer delay filing this motion as discovery deadlines are quickly approaching and this litigation must take its course. This matter is currently assigned to group 6 as defined in Pretrial Order No. 16 (CMO 4) [D.E. 2693].

Counsel has attached the Certification of Counsel required by PTO 23 in further support of this motion. Thus, contemporaneous with the filing of this Motion, a Notice by Certified Mail has been forwarded to the plaintiffs at their address enclosing a copy of this Motion, PTO 23 and Proposed Order contained in PTO 23.

Additionally, in the interest of justice and fairness to the plaintiffs, we respectfully request that all discovery be stayed pending withdrawal of counsel and entry of new counsel or *pro se* appearances.

## Rule 7.1(a)(3) CERTIFICATION

As required by this Court's Local Rule 7.1(a)(3), counsel for plaintiff hereby certify that counsel for plaintiff has conferred in good faith with defendants' counsel and has been advised that defendant does not object to the relief requested.

## CONCLUSION

Accordingly, for the reasons set forth herein, Napoli Bern Ripka & Associates, LLP respectfully moves this Court for an order relieving them as counsel of record in this matter and for any and other appropriate relief that this Court deems just and proper.

Respectfully submitted this 3rd day of March, 2011.


Christopher R. LoPalo, Esq.

NAPOLI BERN RIPKA & ASSOCIATES, LLP
*Attorney For Plaintiffs*
350 Fifth Avenue, Suite 7413
New York, New York 10118
Telephone: (212) 267-3700
Facsimile: (212) 587-0031

3

## CERTIFICATE OF SERVICE

I certify that on March 3, 2011, I emailed the within document to all counsel of record on

the attached Service List.  I further certify that I caused copies of these papers to be served upon

the plaintiffs via regular and certified mail.

Dated: March 3, 2011

Christopher R. LoPalo, Esq.

**SERVICE LIST**
**Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON**

Steven E. Derringer
Email: steven.derringer@bartlit-beck.com
Philip S. Beck
Email: philip.beck@bartlit-beck.com
**BARTLIT BECK HERMAN PALENCHAR**
**& SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL 60610
Telephone: 312-494-4400
Facsimile: 312-494-4440
Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer
Healthcare LLC, Bayer AG, and Bayer Healthcare AG


Richard K. Dandrea, Esq.
Email: rdandrea@eckertseamans.com
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
U.S. Steel Tower
600 Grant Street, 44th Floor
*Pittsburgh, PA 15219*
Telephone: 412-566-6000
Facsimile: 412-566-6099
*Attorney for Defendants Bayer Corporation,*
*Bayer Healthcare Pharmaceuticals, Inc.,*
*Bayer Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Eugene A. Schoon
Email: eschoon@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036
*Attorney for Defendants Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer*
*Healthcare LLC, Bayer AG, and Bayer Healthcare AG*

Patricia E. Lowry
Email: plowry@ssd.com
SQUIRE, SANDERS & DEMPSEY LLP
1900 Phillips Point West
777 South Flagler Drive

West Palm Beach, FL 3401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

|  |  |
|---|---|
| IN RE TRASYLOL PRODUCTS LIABILITY LITIGATION – MDL – 1928 | ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Rita M. Brinson, et al., v. Bayer Corporation, et al.,*<br>Case No. 9:08-cv-81212-DMM | ) ) ) ) ) ) |

### ORDER

THIS MATTER having come before the Court on the motion to withdraw as counsel of record filed by counsel for plaintiffs; the parties (including the plaintiff as certified by withdrawing counsel) having received due notice and having had the opportunity to be heard; and this Court having considered all submission made:

**IT IS HEREBY ORDERED:** that the motion is GRANTED, and it is

**FURTHER ORDERED THAT:**

1.      Counsel for the plaintiff shall be relieved of all further responsibilities related to the plaintiff in these proceedings forty-five (45) days after entry of this Order;

2.      Within ten (10) days of entry of this Order, withdrawing counsel shall send to the plaintiffs' last known address (es) a copy of this Order and shall file a notice with the Court certifying that this Order was sent, on what date, and to what address(es);

3.      The plaintiff must enter his or her appearance pro se in writing or provide a

written substitution of counsel within forty-five (45) days of entry of this Order, and,

4.      If the plaintiff fails to appear pro se or with new counsel within forty-five (45)

days of entry of this Order, the Court may dismiss plaintiffs' claims without prejudice on its own

motion or upon motion by defendants.


DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this _____

Day of _____ 2011.


_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Exhibit B

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL (Paragraph I of PTO No. 23) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| I hereby certify pursuant to 28 U.S.C. § 1746 and PTO No. 23 as follows: | | | | | | | | |
| A. COUNSEL INFORMATION | | | | | | | | |
| **Name** | Last LoPalo | | First Christopher | | | | Middle R. | |
| **Name of Law Firm** | Napoli Bern Ripka & Associates, LLP | | | | | | | |
| **Current Address** | Street 350 Fifth Avenue, Suite 7413 | | | | | | | |
| | City New York | | | State NY | Zip 10118 | | Country USA | |
| **Telephone Number** | 212-267-3700 | **Facsimile** | | 212-587-0031 | | **Email** | Clopalo@nbrlawfirm.com | |
| B. PLAINTIFF AND LAWSUIT INFORMATION (Provide the last known information as to the Plaintiff) | | | | | | | | |
| **Plaintiff Name** | Last Brinson | | First Rita and Elke | | | | Middle | |
| **Plaintiff Address** | Street 11125 Little Compton Drive | | | | | | | |
| | City Reston | | State VA | Zip 20191 | | Country USA | | |
| **Telephone Number** | 703-200-6378 | **Facsimile** | | | **Email** | | | |
| **Case Caption** | Brinson, et al. V. Bayer Corporation, et al. | | | | | | | |
| **Case Number** | 08CV81212 | | | | | | | |

| C. COMPLIANCE WITH PTO NO. 23 | |
|---|---|

✓   I sent a letter to the Plaintiff by certified mail on **March 3, 2011**_____ *(date)* at the
following address(es):

Elke and Rita Brinson
11125 Little Compton Dr.
Reston, VA 20191


and included the following:


a.   The Motion To Withdraw as Counsel and Proposed Order; and,

b.   A copy of PTO No. 23.

| D. SIGNATURE | |
|---|---|

I certify under penalty of perjury that the foregoing is true and correct.

| **Date Signed** | 3 / 3 / 11<br>(Month/Day/Year) | _____<br>Counsel |
|---|---|---|