UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS
LIABILITY LITIGATION - MDL -1928

THIS DOCUMENT RELATES TO:

*Rita M. Brinson, et al. v. Bayer Corp., et al.*,
Case No: 08-81212

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

[DE 8905 in 08-1928 and DE 34 in 08-81212]

THIS CAUSE comes before the Court on the motion to withdraw as counsel of record filed by Napoli Bern Ripka & Associates, LLP, for the Plaintiffs Rita M. Brinson and Elke A. Brinson, Individually and as the co-executrixes of the Estate of Leroy Brinson, Deceased. The Parties, including Plaintiff (as certified by withdrawing counsel) have received due notice and the opportunity to be heard. The Court has reviewed the record and is otherwise fully informed of the premises. Accordingly, it is

ORDERED AND ADJUDGED that the Motion (DE 8905 in 08-1928 and DE 34 in 08-81212) be and is hereby GRANTED as follows:

1. Counsel for the Plaintiffs shall be relieved of all further responsibilities related to the Plaintiffs in these proceedings forty-five (45) days after entry of this Order.

2. Within ten (10) days of entry of this Order, withdrawing counsel shall send to the Plaintiffs' last known address(es) a copy of this Order and shall file a notice with the Court certifying that this Order was sent, on what date, and to what address(es);

3. The Plaintiffs must enter his appearances *pro se* in writing or file a written substitution of counsel withing forty-five (45) days of entry of this Order; and

4. If the Plaintiffs fail to appear *pro se* or with new counsel within forty-five (45) days of entry of this Order, the Court may dismiss Plaintiffs' claims without prejudice on its own motion or upon motion by the Defendants.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 30th day of March, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   counsel of record